```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
TAL INTERNATIONAL CONTAINER CORP.,    :
                       Plaintiff,     :
                                      :
            -v-                       :      09 Civ. 2230 (DLC)
                                      :
C & CONTAINER LEASING CO., LTD., C &  :         ORDER
LINE CO., LTD., f/k/a DONGNAMA SHIPPING :
CO., LTD., C & WOOBANG CONSTRUCTION   :
CO., LTD., and C & HEAVY INDUSTRIES   :
CO., LTD., f/k/a C & JINDO CO., LTD., :
                       Defendants.    :
----------------------------------------X

DENISE COTE, District Judge:

An Ex Parte Order Authorizing and Directing Issuance of Process of Maritime Attachment and Garnishment was issued in the above-captioned matter on March 26, 2009. A conference was held today, at which only the plaintiff appeared. For the reasons stated during the conference, it is hereby

ORDERED that the March 26 maritime attachment is vacated.

IT IS FURTHER ORDERED that the plaintiff shall confirm in writing by June 10, 2009 that all garnishees have been so informed.

SO ORDERED:

Dated:   New York, New York
         June 3, 2009

                              _____
                                      DENISE COTE
                              United States District Judge